# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

In re:  Sealed Matter          Misc. No. 21-mc-51206-1
                                               Honorable Denise Page Hood

---

## GOVERNMENT'S MOTION AND ORDER
## TO UNSEAL SEARCH WARRANTS AND AFFIDAVITS

THE UNITED STATES OF AMERICA respectfully requests that the search warrant in this case titled "In the Matter of the Search of ALL AMERICAN MEDICAL EQUIPMENT, Inc. and APPLE IPHINE 12 PROMAX, IMEI 35000226172" be unsealed. Consistent with its discovery obligations, the Government would like to produce the search warrant, and ancillary documents, that relate to Defendants in two cases pending in the United States District Court for the Eastern District of Michigan, including 23-cr-20063 and 23-cr-20062.

Thus, the Government respectfully requests that the specified search warrant be unsealed.

                                                         Respectfully submitted,

                                                         JULIE A. BECK
                                                         Acting United States Attorney

                                                         */s/ Ryan K. Elsey*
                                                         Ryan K. Elsey
                                                         Trial Attorney
                                                         211 W. Fort Street, Suite 2001
                                                         Detroit, MI  48226
                                                         Ryan.elsey@usdoj.gov
                                                         (202) 417-5069

2

IT IS SO ORDERED.
s/ Curtis Ivy, Jr.
Hon. Curtis Ivy, Jr.
United States Magistrate Judge
Entered: January 23, 2025